```
1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  DOUGLAS J. BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROGELIO ALCAZER-SANCHEZ
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      ) NO. CR-S-10-0161 FCD
                                  )
12           Plaintiff,           )
                                  ) STIPULATION AND ORDER CONTINUING
13      v.                        ) STATUS CONFERENCE
                                  )
14 ROGELIO ALCAZER-SANCHEZ,       ) Date: June 28, 2010
                                  ) Time: 10:00 a.m.
15                                ) Judge: Frank C. Damrell, Jr.
             Defendant.           )
16 _____)
```

17     It is hereby stipulated between the parties, Michael Anderson,
18 Assistant United States Attorney, attorney for plaintiff, and Douglas
19 Beevers, Assistant Federal Defender, attorney for defendant ROGELIO
20 ALCAZER-SANCHEZ, that the Status Conference hearing date of June 28, 2010
21 be vacated and a new Status Conference hearing date of July 19, 2010 at
22 10:00 a.m. be set.
23     This continuance is requested to allow counsel additional time to
24 negotiate a resolution.  The parties agree a continuance is necessary for
25 these purposes, and agree to exclude time under the Speedy Trial Act
26 accordingly.
27 ///
28

1    IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, June 28, 2010, and up to and including the July 19, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: June 23, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        _____
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGELIO ALCAZER-SANCHEZ


Dated: June 23, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/  Michael Anderson*
                                        _____
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney


**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 28, 2010, be continued to July 19, 2010 at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of

Stipulation and Order                    -2-

1 | justice to be served by granting a continuance outweigh the best
2 | interests of the public and the defendant in a speedy trial. It is
3 | ordered that time from the date of the parties' signing of this
4 | stipulation, June 23, 2010, up to and including, the July 19, 2010 status
5 | conference shall be excluded from computation of time within which the
6 | trial of this matter must be commenced under the Speedy Trial Act
7 | pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code
8 | T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated:   June 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                -3-